UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TRACY GUIANG, individually and on behalf of all others similarly situated, ALLISON BLANK, individually and on behalf of all others similarly situated, LATASHA EVANS, individually and on behalf of all others similarly situated, and CHERISE JAMISON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISPY KREME DOUGHNUT CORPORATION,<br><br>    Defendant. | Case No. 1:25-cv-499 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tracy Guiang, Allison Blank, LaTasha Evans, and Cherise Jamison hereby give notice that their claims in this action against Defendant Krispy Kreme Doughnut Corporation are voluntarily dismissed without prejudice. Plaintiffs' notice is timely made before Defendant Krispy Kreme Doughnut Corporation served an answer or a motion for summary judgment. Parties to bear their own costs.

Dated: August 26, 2025.

*/s/ Robert R. Jimenez*
Mark E. Silvey (TN. Bar No. 013415)*
Robert R. Jimenez (Fla. Bar No. 35328)*
Jordan M. Macejka (Fla Bar No. 123599)*
**BRYSON HARRIS**
**SUCIU & DeMAY PLLC**
201 Sevilla Avenue, Suite 200
Miami, Florida 33134
P: (786) 206-7896

msilvey@brysonpllc.com;
rjimenez@brysonpllc.com;
jmacejka@brysonpllc.com

Scott C. Harris (Bar No. 35328)
**BRYSON HARRIS SUCIU & DeMAY PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Email: sharris@brysonpllc.com

*/s/ Jonathan Shub*
Jonathan Shub (PA ID No. 53965)*
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
P: (610) 477-8380
jshub@shublawyers.com

*Notice of Special Appearance filed.*

*Counsel for Plaintiffs*